IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § § § *Plaintiff*, § v. § § GOOGLE LLC, § § *Defendant*. § § § | CIVIL ACTION No. 6:22-cv-00467-ADA JURY TRIAL DEMANDED |

## NOTICE REGARDING UNOPPOSED REQUEST TO CHANGE DEADLINE FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Google LLC has requested a 45-day extension of time for it to answer or otherwise respond to the Complaint for Patent Infringement to and including Monday, July 18, 2022.  Defendant Google LLC certifies that this extended deadline is unopposed by Plaintiff, does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  May 20, 2022.

Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant
Google LLC*

2

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 20, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz